AURORA LOAN SERVICES, LLC, Respondent, v RIA ENAW et al., Appellants, et al., Defendants.

Submitted May 4, 2015; decided June 11, 2015

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

JAMES H. BRADY et al., Appellants, v MARK S. FRIEDLANDER, Also Known as MARK S. FRIEDLANDER, ESQ., Respondent.

Submitted April 20, 2015; decided June 11, 2015

Motion for leave to appeal dismissed upon the ground that the orders sought to be appealed from do not finally determine the action within the meaning of the Constitution.

In the Matter of ANDRE CLEMMONS, Appellant, v STEPHEN W. HERRICK, as Judge of the County Court of Albany County, Respondent.

Submitted May 11, 2015; decided June 11, 2015

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution.

NOEL DAVIDSON, Appellant, v STATE OF NEW YORK, Respondent. (Claim No. 118778.)

Submitted May 4, 2015; decided June 11, 2015

Motion for reargument denied [see 25 NY3d 961 (2015)].

NOEL DAVIDSON, Appellant, v STATE OF NEW YORK, Respondent. (Claim No. 121749.)

Submitted May 4, 2015; decided June 11, 2015